<u>**UNITED STATES DISTRICT COURT**</u>
<u>**FOR THE SOUTHERN DISTRICT OF NEW YORK**</u>

| | |
|---|---|
| AMANDA MARBLE and KELSEY REIMER, individually and on behalf of all others similarly situated,<br>　　　　　　Plaintiffs,<br><br>　　　　　-against-<br><br>HALO INNOVATIONS, INC.<br>　　　　　　Defendant.<br><br>CASSIDY BENDER, individually and on behalf of all others similarly situated,<br>　　　　　　Plaintiffs,<br><br>　　　　　-against-<br><br>HALO INNOVATIONS, INC.<br>　　　　　　Defendant. | Case No. 1:23-cv-11048-JGLC |

**<u>PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT</u>**

　　Plaintiffs Amanda Marble, Kelsey Reimer, and Cassidy Bender, by and through undersigned counsel, respectfully move, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for final approval of a proposed Settlement with Defendants Defendant HALO Innovations, Inc., and affirmation of the certification of the Settlement Class defined in the Settlement Agreement.

　　The motion is based upon the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and supporting documents, all the pleadings and documents on file in this action, and such other matters as may be presented at or before the hearing.

1

| | |
|---|---|
| DATED: September 23, 2025 | Respectfully submitted,<br><br>**LEE SEGUI, PLLC**<br><br>*/s/ Harper T. Segui*<br>Harper T. Segui*<br>825 Lowcountry Blvd., Suite 101<br>Mt. Pleasant, SC 29464<br>hsegui@leesegui.com<br><br>Erin J. Ruben*<br>Thomas Pacheco<br>900 W. Morgan Street<br>Raleigh, NC 27603<br>eruben@leesegui.com<br>tpacheco@leesegui.com<br><br>Kelsey Gatlin Davies*<br>**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, LLP**<br>800 S. Gay Street, Suite 1100<br>Knoxville, TN 37929<br>kdavies@milberg.com<br><br>*Attorneys for Plaintiffs and the Class*<br><br>*\*Admitted Pro Hac Vice* |

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2025, the foregoing was filed using the Court's CM/ECF service, which will send notification of such filing to all counsel of record.

>*/s/ Harper T. Segui*
>Harper T. Segui
>LEE SEGUI, PLLC
>825 Lowcountry Blvd., Suite 101
>Mt. Pleasant, SC 29464
>hsegui@leesegui.com